# NO. 12-10-00187-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

§

**EX PARTE: JEREMY JEROME SHEDD ,** § **ORIGINAL PROCEEDING**
**RELATOR**

§

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant Jeremy Jerome Shedd attempts to appeal the trial court's denial of his application for writ of habeas corpus.

On June 17, 2010, this court notified Appellant, pursuant to Texas Rule of Appellate Procedure 37.2, that the information received in this appeal does not contain a final judgment or other appealable order. Appellant was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before July 19, 2010 to show the jurisdiction of this court. That deadline has now passed, and Appellant has not furnished this court with a final judgment or other appealable order.

Without a final judgment or other appealable order, this court has no jurisdiction of the appeal. Accordingly, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered July 21, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)